The People ex rel. Daniel Griffin vs. The Judges of the New York Common Pleas.

Notice of motion for a mandamus, should not ask for costs.

*Motion for a mandamus to the defendants.*—This motion was on affidavits and notice; *the notice asked for costs.* After argument on the merits, it was denied; and costs given against the relator, for the reason that he asked costs in his notice.

A. Thompson, *Relator's Counsel.*　　　　A. M. Burt, *Relator's Atty.*
Wm. H. Bell, *Defts Counsel.*　　　　　Bell and Coe, *Defts Attys.*